NUMBER
13-11-00002-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BERT OGDEN CHEVROLET,
INC.,                                            Appellant,

 

                                                             v.

 

FRANCISCO A. SANCHEZ,                                                           Appellee.


____________________________________________________________

 

                     On
appeal from the County Court at Law No. 4

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before
Justices Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant
perfected an appeal from a judgment entered by the County Court at Law No. 4 of
Hidalgo County, Texas, in cause number CL-43,878-D.  Appellant has filed an
unopposed motion to dismiss the appeal on grounds that the parties have reached
an agreement to settle and compromise their differences.  Appellant requests
that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant.  See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant's request, no
motion for rehearing will be entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the 

17th day of February, 2011.